No. 272. PARIS & GREAT NORTHERN RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* MRS. GEORGIA BOSTON ET AL. In error to the Court of Civil Appeals for the Sixth Supreme Judicial District of the State of Texas. Argued and submitted December 2, 1913. Decided December 15, 1913. Judgment affirmed with costs and interest by an equally divided court. *Mr. W. F. Evans* and *Mr. Edgar Wright* for the plaintiff in error. *Mr. Fred B. Rhodes* for the defendants in error.